AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

JUL 0 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 10-70591 |
| Waiki Pryor | ) | |
| Defendant | ) | Charging District: W.D. Missouri |
| | ) | Charging District's Case No. 10-00196 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Federal Courthouse Mag. Judge Rob Larsen 400 E. 9th St., 6th floor Kansas City, Missouri | Courtroom No.: |
|---|---|
| | Date and Time: July 20 @ 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 7/8/10

_Judge's signature_

MARIA-ELENA JAMES
_Printed name and title_

**Maria Elena James**
**United States Chief Magistrate Judge**